IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

_____
CARIDAD D. INES, *et al.*            )
                Plaintiffs,            )
     v.                              )     Civil Action No. 3:12cv886
                              )
BWW LAW GROUP, F/K/A BIERMAN, )
GEESING WARD & WOOD, *et al.*        )
                              )
                Defendants.  )
_____)

## **NOTICE OF APPEARANCE**

       Andrew J. Guzzo, Esq. of Surovell Isaacs Petersen & Levy, P.L.C. 4010 University Drive, Second Floor, Fairfax, VA 22030 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

       Please copy him with all matters in this case.

                                                    CARIDAD D. INES, *et al.*,

                                                    _____/s/_____
                                                    Andrew J. Guzzo, VSB # 82170
                                                    Surovell Isaacs Petersen & Levy PLC
                                                    4010 University Drive, 2nd Floor
                                                    Fairfax, VA 22030
                                                    Telephone: 703-251-5400
                                                    Facsimile: 703-591-9285
                                                    Email: aguzzo@siplfirm.com
                                                    *Counsel for Plaintiff*

                                                    DATED:  January 22, 2013

1