IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CARIDAD INES, et al.,

    Plaintiffs,

v.                           Civil Action No. 3:12cv886

BWW LAW GROUP, et al.,

    Defendants.

**ORDER**

Confirming the verbal instructions of the Court on June 17, 2013, it is hereby ORDERED that the defendants shall serve a complete privilege log on the plaintiffs no later than June 24, 2013.

It is further ORDERED that the defendants shall submit for in camera review the document referred to as the "Engagement Agreement," and any other document for which privilege is claimed, no later than June 24, 2013, and shall file, contemporaneously therewith, a brief in support of the defendants' claims of privilege. The plaintiffs shall file their response no later than June 28, 2013. Any reply shall be file no later than July 2, 2013.

    It is so ORDERED.

                                            /s/     REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: June 18, 2013